# IN THE SUPREME COURT OF THE STATE OF NEVADA

JIMMIE EARL DOWNS,
               Appellant,
        vs.
MORNING GLORY COURTS,
               Respondent.

No. 73560

**FILED**

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court affirming a judgment of the justice court. Tenth Judicial District Court, Churchill County; Thomas L. Stockard, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We deny as moot appellant's motion for stay and motion for reconsideration.

17-32360

cc: Hon. Thomas L. Stockard, District Judge
Jimmie Earl Downs
Ryan Todd Campbell
Churchill County Clerk

